**Dorothy Calabrese MD**
**Allergy and Immunology**
**24953 Paseo de Valencia 4A**
**Laguna Hills, CA 92653-4342**
**Phone:  949-454-0509**
**Fax:  949-343-2033**
dvc9@columbia.edu
**Pro per**



# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| **Paul Messer** | ) Case No: SACV08-633 DOC (MLGx) |
| **Dorothy Calabrese, M.D.** | ) |
| **Plaintiffs** | ) **COMPLAINT FOR INJUNCTIVE** |
| | ) **AND DECLARATORY RELIEF** |
| **vs.** | ) |
| | ) **1.  VIOLATION OF THE DUE** |
| **US Dept of Health and Human** | ) **PROCESS CLAUSE OF THE FIFTH** |
| **Services** | ) **AMENDMENT** |
| **Michael O. Leavitt, DHHS Secretary** | ) **2.  VIOLATION OF 18  USC § 1505 -** |
| | ) **OBSTRUCTION OF JUSTICE** |
| **Leslie V. Norwalk, Esq.** | ) **3.  VIOLATION OF 42 USC § 1983 -** |
| **Acting Administrator CMS** | ) **DISCRIMINATION** |
| | ) **4.  VIOLATION OF THE** |
| **Judge Perry Rhew, Chief ALJ** | ) **MEDICARE MODERNIZATION** |
| **OMHA** | ) **ACT OF 2003** |
| | ) **5.  REMEDY UNDER THE EQUAL** |
| **Judge Ellen Koldewey,** | ) **ACCESS TO JUSTICE ACT** |
| **OMHA Western Division** | ) |
| | ) |
| **DOES 1-10** | ) |
| | |
| **Defendants** | |

4/N

I/s

5-60

[15]

# PRELIMINARY STATEMENT

1.   Judge Ellen Kodewey, Chief Administrative Law Judge for the DHHS Center for Medicare Services (hereinafter CMS) Office of Medicare Hearings and Appeals (hereinafter OMHA) Western Field Office violated the due process rights of Plaintiffs in OMHA Appeal 1-185294748 and obstructed justice causing <u>irreparable harm</u> to Plaintiffs.

2.   On 06-03-08, Judge Koldewey signed Judge Richard B. Gould's name to our OMHA Appeal 1-185294748 decision.

3.   Judge Koldewey had the right to sign her name, under the authority granted to her by the California Bar Association, to the decision if she chose to do so.  Judge Koldewey does not have the right to sign this legal document using the Judge Gould's name without his authorization, because his signature represents his personal license to practice law, and only Judge Gould has the right to affirm his signature being used in the decision.

4.   Judge Koldewey chose to sign Judge Gould's name instead of her own to mislead those who would be using the decision in further proceedings and other legal cases to believe that the Judge who was in charge of the case since last summer and who held the administrative court hearing on 12-19-08 wrote the decision.

5.  **In doing so Judge Ellen M. Koldewey violated:**

    **a)  the due process clause of the Fifth Amendment of the Constitution**

    **b)  18 USC § 1505 - obstruction of justice**

    **c)  42 USC § 1983 - discrimination**

    **d)  the Medicare Modernization Act of 2003**

6.  **No one is above the law.  US Attorney Patrick Fitzgerald said when the verdict came in the Lewis Libby case which also involved false statements and obstruction of justice:**

"We don't comment -- we try and treat everyone the same under our legal system. No one's above the law, no one gets less protection than the law. . . Our comments, in summation, were directed to responding to an argument by the defense that they fairly made. We fairly responded. And our point was that Mr. Libby did not tell the truth to the system.

And when someone doesn't tell the truth to the system, everyone suffers.  The legal system suffers, because we don't know what the actual facts are.

And, frankly, lots of other people suffer since, when you don't know what the truth is, people draw all sorts of conclusions.  So all we'll say that Mr. Libby, by lying and obstructing justice, harmed the system.

And that was something serious. And that's the point we made to the jury, and obviously the jury agreed factually."

7. **Our patients are entitled to the rule of law and timely redress when denied the rule of law.**

# JURISDICTION

8. This Court has jurisdiction over this action pursuant to 28 USC § Section 1331, a federal question, because this action arises under the laws of the United States. An actual, justiciable controversy now exists between Plaintiffs and Defendants, and the requested relief is therefore proper under 28 USC § 2201-2202 and 5 USC § 701-06.

9. Plaintiffs' rights to judicial review is affirmed in 5 USC § 702. Plaintiffs seek no monetary damages, no claims adjudication and are not appealing Judge Ellen M. Kodewey's decision in this case, but in a separate appeal to the Medicare Appeals Council.

## VENUE

10.  Venue in this Court is proper pursuant to 28 USC § 1391(e) because the events or omissions giving rise to the claims herein occurred within this judicial district and Plaintiffs are located within this judicial district.

11.  At all times mentioned herein, Paul Messer was a resident of the County of Orange, State of California and longstanding allergy – immunology patient of minority-opinion allergist-immunologist, Dorothy Calabrese, M.D. As a Medicare beneficiary he has been and continues to be a third-party beneficiary of the Medicare contract.  Paul Messer was one of the 36 Medicare Part B beneficiaries whose care was part of the OMHA case.

12.  For the past 27 years, Dorothy Calabrese, M.D. has run a regional consultative allergy-immunology practice for refractory patients in the County of Orange, State of California. As a Medicare physician provider she has been and continues to be a third-party beneficiary of the Medicare contract.

## THE PARTIES

13.  Plaintiff  PAUL MESSER is a US citizen and an aggrieved Medicare Part B beneficiary.

14. Plaintiff    DOROTHY  CALABRESE,  M.D.  is  a  US  citizen  and  an aggrieved Medicare Part B physician provider.

15. Defendant MICHAEL O. LEAVITT is the Secretary the DHHS, the federal agency charged with overseeing the operation of the Medicare program (42 USC § 1395). The US Department of Health and Human Services Center for Medicare Services is the real party in interest.

16. Defendant LESLIE V. NORWALK, ESQ. is the Acting Administrator of the Center for Medicare Services (hereinafter CMS) and responsible for OMHA oversight.

17. Defendant JUDGE PERRY RHEW, national Chief ALJ OMHA is responsible for OMHA oversight.

18. Defendant JUDGE ELLEN M. KODEWEY is the Chief Administrative Law Judge for the HHS CMS OMHA Western Field Office and Judge Richard B. Gould's supervisor.


## FACTS OF THE COMPLAINT


19. On 07-09-07, Dorothy Calabrese MD filed OMHA Appeal 1-185294748.

20. For completeness, Plaintiffs notified Chief Judge Ellen Koldewey that there was a related Federal District Court case SACV06-1217 CJC(RNBx) and sent her the relevant filings.

21. Plaintiffs' Appeal 1-185294748 was assigned to Administrative Law Judge Richard Burdette Gould.

22. Judge Gould's paralegal was Lana Lu and his lawyer was Sylvia Esquivel.

23. For approximately five months, Judge Richard B. Gould was actively involved in this appeal. He held an evidentiary hearing on 12-19-07.

24. On 04-17-08, Judge Cormac J. Carney order that: pursuant to the Court's Order of 3/31/08, defendant Michael O. Leavitt, Secretary of Health and Human Services is ordered to report to the Court re: the status of the pending Medicare OMHA administrative proceeding. Judge Cormac J. Carney wrote the order asking for an approximate date when Judge Richard B. Gould's final decision would be ready so that it could be incorporated into the SACV07-01444 CJC(RNBx) docket.

25. HHS wanted the Appeal 1-185294748 decision included because they believed it would help their case against Plaintiffs in SAC07-01444 CJC(RNBx).

26. The causes of action in the related case, SAC07-01444 CJC(RNBx)are Medicare Part B Contractor Electronic Data Systems - National Heritage

7

Insurance Corps Medical Director, Bruce Quinn, M.D., Ph.D., M.B.A. violated 10 criminal statutes:

a. 18 USC § 1035(a) – making false statements relating to health care matters to AAAAI

b. 18 USC § 1035(a) – making false statements relating to health care matters to Medicare Part B CAC

c. 18 USC § 1621 Perjury: under oath to OMHA stating transfer factor immunomodulatory therapy TF is not California Medical Board approved

d. USC § 1621 Perjury: under oath to OMHA stating TF is therapy for   any medical condition

e. USC § 1621 Perjury: under oath to OMHA stating TF is not proved safe & effective in the medical literature

f. 18 USC § 1505: Obstruction of Justice  using a fraudulent AAAAI document in OMHA hearing

g. 18 USC § 1505: Obstruction of Justice  using a fraudulent LCD in OMHA hearing

h. 18 USC § 1505: Obstruction of Justice    by  committing perjury stating TF is not California Medical Board approved

    i.   **18 USC § 1505:  Obstruction of Justice by committing perjury stating TF is not a therapy for any medical condition**

    j.   **18 USC § 1505:  Obstruction of Justice     by committing perjury stating that TF is not proved safe & effective in the medical literature**

27.  **In response to Judge Carney's order, US Attorney Russell Chittenden told Plaintiffs telephonically that Judge Richard B. Gould's order would be ready around 06-16-08.**

28.  **On 05-22-08,  US Attorney Russell Chittenden told Plaintiffs he needed a two week continuance in our SACV07-01444 CJC(RNBx) Motion for Partial Summary Judgment on the legal issue of sovereign immunity to 06-23-08.  Plaintiffs agreed to stipulate to the continuance. A main reason for the continuance, Mr. Chittenden cited to Judge Carney in the stipulation, was that DHHS wanted to have Judge Richard B. Gould's OMHA ruling included to advance DHHS' cross-motion against Plaintiffs to have our case dismissed.**

29.  **On June 5, 2008, Dorothy Calabrese, M.D. received the OMHA Appeal 1-185294748 ruling by certified mail.  When Dr. Calabrese saw the gross misstatements of evidentiary facts, misstatements of law, and   total disregard for the EDS - NHIC  perjuries, the AAAI fraudulent document,**

the obstructions of justice and so forth.  Dr. Calabrese knew for certain that Judge Richard B. Gould would never be a party to it.  The decision is 180 degrees the opposite of what Judge Richard B. Gould would have written.

30. So it came as a *shock to the conscience*, to see the written decision had Judge Richard B. Gould's name signed by Judge Ellen Koldewey.  Judge Richard B. Gould would never have signed the decision.

31. Judge Koldewey, in defiance of her oath as an officer of the court, signed Judge Gould's name *for him* and then signed her own name, knowingly full well that Judge Gould would never have signed the ruling.

32. Judge Richard B. Gould did not write the decision.

33. Judge Richard B. Gould would <u>never</u> have signed the decision because it completely misstates the evidence and contradicts the law.

34. Judge Koldewey's decision is the exact opposite of what Judge Richard B. Gould stated at the 12-19-08 hearing.  It is anathema to everything Judge Gould stands for.  Judge Gould took his oath to uphold the law including the Fifth Amendment of the Constitution and the Medicare laws seriously.  He stood for truth, justice and the American way.

35. Judge Richard B. Gould suddenly left OMHA, with no explanation to the OMHA staff, at the time this ruling was being crafted.

36.  On 12-19-08, Judge Richard B. Gould gave absolutely no suggestion that he was leaving.    To the contrary, Judge Richard B. Gould plainly stated that he intended to immerse himself in the Pub Med indexed 302 peer-reviewed clinical and scientific citations on the *classic immunology* of transfer factor immunomodulatory therapy.

37.  Judge Ellen Koldewey derives her authority to function as the Chief ALJ for the Western Field Division of OMHA by the power invested in her by both the State Bar of California and her contract with the DHHS CMS which derives from the Medicare Modernization Act of 2003.  She must uphold the law.

38.  Judge Ellen Koldewey's license to practice law is not transferable. By virtue of being a member of the California Bar, Judge Koldewey knows she does not have the authority to sign a judicial decision on behalf of Judge Richard B. Gould when Judge Gould would not write that decision and Judge Gould would not sign that decision.

39.  Without Judge Richard B. Gould's approval, Judge Ellen Koldewey only had the authority to write her own decision and sign her own name so as to properly ascribe authorship to herself.

*40.  It is transparent that Judge Koldewey did not choose sole authorship because that alone would reveal that Judge Gould, the judge who made all*

*the rulings, examined all the evidence, who did not accept the EDS – NHIC*

*criminal and civil violations and who conducted the evidentiary hearing*

*would not be a party to this decision because it is legally and morally wrong.*

41. Judge Koldewey, by signing Judge Gould's name without his authority, willingly and knowingly intended to mislead Federal District Judge Cormac J. Carney in SAC07-01444 CJC(RNBx) to believe that Judge Richard B. Gould, who managed the entire case from last summer and held the evidentiary hearing on 12-19-07, agreed with the decision when she knew for certain he did not.

42. Judge Koldewey violated her license to practice law, her contract with CMS, and the Medicare Modernization Act of 2003, and the trust of the American public by improperly representing Judge Richard B. Gould and by obstructing justice to gain unfair advantage for HHS and their Medicare Contractor, Electronic Data Systems - National Heritage Insurance Corps in the OMHA Appeal 1-185294748, SACV07-1444 CJC(RNBx) and/or US Appeals Court Case No. 07 - 56622.

43. Dorothy Calabrese, M.D. is a longstanding member in good standing of a class of Medicare Part B physician providers who treats patients with extensive allergies, including allergic hypersensitivity to chemicals, and abnormal cell mediated immunity.

44. **Paul Messer is a longstanding member of a class of Medicare Part B beneficiaries with extensive allergies, including allergic hypersensitivity to chemicals, and abnormal cell mediated immunity.**

45. **This class of Medicare Part B physician provider and Medicare Part B beneficiary is *similarly situated* to all other Medicare Part B physician providers and beneficiaries in good standing.**

*46.* **Furthermore, Dorothy Calabrese, M.D. and Paul Messer qualify as a "class of two" under Willowbrook Village v Olech 528 U.S. 562 (2000), where the Plaintiffs do not allege membership in a class or group, but allege that they have been intentionally treated differently from others similarly situated and that *there is no rational basis for such treatment.***

47. **There is  no rational governmental basis for Judge Ellen Koldewey to have obstructed justice in violation of 42 USC 1983 by discriminating against Plaintiffs, a "class of two" in this way.**

48. **Judge Ellen Koldewey's discrimination and obstruction of justice violated Plaintiffs due process rights under the Fifth Amendment of the Constitution causing irreparable harm against Plaintiffs.**

49. **Plaintiffs are now in our <u>sixth year</u> of appealing this same matter only because of a long list of Fifth Amendment due process violations to which HHS CMS has maintained a blind eye.**

50.  In the time leading up to the OMHA hearing, EDS – NHIC John A. Conkle clearly attempted to *poison the well* against Plaintiffs with Sylvia Esquivel, Judge Gould's assigned lawyer.   Plaintiffs looked the other way on that because we knew that John A. Conkle had no evidence or law to support EDS - NHIC's position at hearing and he was left to these bully tactics as the only strategy.

51.  We did not believe that Judge Gould would base his ruling on such *dirty tricks*.  Plaintiffs had confidence  Judge Gould would base his ruling on the evidence and the law, which is exactly what he did on 12-19-07.

52.   It was by the grace of an Almighty God, that we were randomly assigned a judge of such fine character as Judge Gould.  At the time of the hearing, we had no first-hand knowledge to believe that any OMHA judge could be politically influenced.   We had only been told second-hand by our professional organizations that the transfer of the hearings from the Social Security Administration system to this new OMHA system under CMS opened a worrisome crack in the door to corruption if those in charge maintain a blind eye to it.   In our case, we have been dependent on appropriate supervision from:

a) Leslie V. Norwalk, Esq., CMS Acting Administrator to whom we have personally sent our previous filings in our Federal cases in this same matter and

b) Judge Perry J. Rhew, Chief Administrative Law Judge of OMHA nationally who likely is only hearing of our case now and who we pray can simply take immediate appropriate remedy to restore due process voluntarily

53. There is no administrative law judge immunity from constitutional violations against Plaintiffs or from the criminal violation of 18 USC § 1505 obstruction of proceedings before departments and agencies.

54. HHS has immunity from monetary damages in this case and no damages are requested.

55. HHS cannot violate Plaintiff's due process clause of the Fifth Amendment to the US Constitution, they cannot make or tolerate criminal violations and they must uphold Federal laws, with a particular focus on the Medicare Acts which are stare decisis.

# FIRST CAUSE OF ACTION

## *VIOLATION OF THE DUE PROCESS CLAUSE*

## *OF THE FIFTH AMENDMENT OF THE US CONSTITUTION*

56.   The preceding paragraphs of this Complaint are incorporated and restated as if set forth fully herein.

57.   Judge Ellen M. Koldewey, *in the course of her official duties,* knowingly and willfully signed Judge Richard B. Gould's name on our 06-03-08 OMHA decision and then co-signed it with her signature knowing that the ruling did not reflect Judge Gould's opinion and he would not have signed it violating her sworn duty as an officer of the court and *failing to appropriately comply with her responsibilities under the Medicare regulations.*

58.   Judge Ellen M. Koldewey's actions violated Plaintiff's rights under the due process clause of the Fifth Amendment to the US Constitution.

# SECOND CAUSE OF ACTION

## *VIOLATION OF 18  USC § 1505 - OBSTRUCTION OF JUSTICE*

59.  The preceding paragraphs of this Complaint are incorporated and restated as if set forth fully herein.

60.  Judge Ellen M. Koldewey, *in the course of her official duties,* knowingly and willfully signed Judge Richard B. Gould's name on our 06-03-08 OMHA decision and then co-signed it with her signature knowing that the ruling did not reflect Judge Gould's opinion and he would not have signed it violating her sworn duty as an officer of the court and *failing to appropriately comply with her responsibilities under the Medicare regulations.*

61.  Judge Ellen M. Koldewey's actions were intended to impede or endeavor to influence, obstruct, or impede the due and proper administration of the law under which any pending proceeding is being had before any department or agency of the United States *in violation of 18 USC § 1505. Obstruction of proceedings before departments, agencies, and committees.*

## THIRD CAUSE OF ACTION

### *VIOLATION OF 42 USC § 1983 – DISCRIMINATION*

62. The preceding paragraphs of this Complaint are incorporated and restated as if set forth fully herein.

63. Judge Ellen M. Koldewey, *in the course of her official duties,* knowingly and willfully signed Judge Richard B. Gould's name on our 06-03-08 OMHA decision and then co-signed it with her signature knowing that the ruling did not reflect Judge Gould's opinion and he would not have signed it violating her sworn duty as an officer of the court and *failing to appropriately comply with her responsibilities under the Medicare regulations.*

## FOURTH CAUSE OF ACTION

### *VIOLATION OF THE MEDICARE MODERNIZATION ACT OF 2003*

64. The preceding paragraphs of this Complaint are incorporated and restated as if set forth fully herein.

65. Judge Ellen M. Koldewey, *in the course of her official duties,* knowingly and willfully signed Judge Richard B. Gould's name on our 06-03-08 OMHA decision and then co-signed it with her signature knowing that the ruling did not reflect Judge Gould's opinion and he would not have signed it. This violated her sworn duty as an officer of the court. Furthermore, she *failed to appropriately comply with her responsibilities under the Medicare regulations,* specifically *the Medicare Modernization Act of 2003.*

# INJUNCTIVE & DECLARATORY RELIEF

**66.    WHEREFORE,    that we are now in SIXTH year without appropriate**

**due process protections from HHS, Plaintiffs ask for judicial review**

**67.  AS TO ALL CAUSES OF ACTION:**

**a.    To grant appropriate injunctive relief that Defendants stop the due**

**process violations against Plaintiffs.**

**b.    To grant declaratory relief after judicial review as this Court shall**

**find just and proper to remedy the violations and restore the rule of**

**law, including but not limited to:**

**i.      Judge Richard B. Gould's name being removed from the 06-03-**

**03 OMHA decision.**

**ii.     Commander Ellen M. Kodewey be referred to the California Bar**

**Association for investigation.**

**c.    To grant such other and further relief in these causes of action as this**

**Court shall find just and proper.**

d.  To grant Plaintiffs its litigation costs and expenses incurred in bringing this matter, including reasonable attorney consultation and expert witness fees, pursuant to the Equal Access to Justice Act, the ESA, [28 USC § 2412] and all other applicable provisions of law.

Dated:  June 9, 2008

Respectfully submitted,


_____          _____
Paul Messer                          Dorothy Calabrese, M.D.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☑) | DEFENDANTS |
|---|---|
| Paul Messer<br>Dorothy Calabrese, M.D. | US Dept. Health & Human Services, HHS Secretary Michael O. Leavitt,<br>Leslie Norwalk, Judge Perry Rhew, Judge Judge Ellen Koledewey, Does 1-10 |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Dorothy Calabrese, M.D.<br>24953 Paseo de Valencia 4A<br>Laguna Hills, CA 92653-4342 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☑ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☐ MONEY DEMANDED IN COMPLAINT: $ NONE

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violation due process 5th amendment, 18 USC 1505 obstruction of justice, 42 USC 1983 discrimination, violation of the Medicare Modernization Act of 2003

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | | ☐ 510 Motions to | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 370 Other Fraud | Vacate Sentence Habeas Corpus | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 730 Labor/Mgmt. |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☑ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | **IMMIGRATION** | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 462 Naturalization Application | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | ☐ 465 Other Immigration Actions | | |

**FOR OFFICE USE ONLY:** Case Number: __SACV08-00633 DOC (MLGx)__

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☐ No  ☑ Yes
If yes, list case number(s):  SACV07-1444 CJC(RNBx)

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☑ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☑ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX.  VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Paul Messer - Orange County<br>Dorothy Calabrese, M.D. - Orange County | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☑   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
      **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| all - Orange County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER):  _Dorothy Calabrese MD_     Date  06-09-08

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed by widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

## SACV08- 633 DOC  (MLGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [X] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Dorothy Calabrese, M.D.
24953 Paseo de Valencia 4A
Laguna Hills, CA 92653-4342
(949) 454-0509

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Messer & Dorothy Calabrese, M.D.<br><br>PLAINTIFF(S) | CASE NUMBER<br><br>SACV08-00633 DOC (MLGx) |
| v.<br>US Dept of Health and Human Services<br>Micheal O. Leavitt, DHHS Secretary<br>Leslie V. Norwalk, Esq. Acting Administrator CMS<br>Judge Perry Rhew, Chief ALJ OMHA<br>Judge Ellen Kohlewey, OMHA Western Division DEFENDANT(S).<br>Does 1-10 | SUMMONS |

TO:    DEFENDANT(S): _____

A lawsuit has been filed against you.

Within   60   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney,  Dorothy Calabrese, M.D.  , whose address is  24953 Paseo de Valencia 4A, Laguna Hills, CA 92653-4342  . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  JUN - 9 2008 

By: _____
ROLLS ROYCE PASCHAL
Deputy Clerk

*(Seal of the Court)*

1144

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

FOR OFFICE USE ONLY