JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

PAUL MESSER ET AL.,

    Plaintiff,

  vs.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL.,

    Defendants.

Case No.: SACV08-00633-CJC(RNBx)

ORDER DISMISSING ACTION

    This matter is one of many cases filed by Plaintiff Dr. Dorothy Calabrese and various co-plaintiffs against the Government.[1] All of the actions stem from the Government's refusal to provide Medicare coverage for treatments provided by Dr. Calabrese to her patients. In the instant action, Plaintiffs Dr. Calabrese and Paul Messer

---

[1] Plaintiffs also move for voluntary recusal pursuant to 28 U.S.C. § 455(a). ). "A judge's previous adverse ruling alone is not a sufficient bias." *Mayes v. Leipziger*, 729 F.2d 605, 607 (9th Cir. 1984). Plaintiffs have failed to demonstrate that the Court's impartiality may reasonably be questioned. 28 U.S.C. § 455(a).

claim that the Presiding Administrative Law Judge ("ALJ") for the Center for Medicare Services' Office of Medicare Hearings and Appeals, Ellen Koldewey, improperly signed Administrative Law Judge Richard Gould's order, which was the decision of the Secretary, stating that Dr. Calabrese had been overpaid for services provided to her patients.  Plaintiffs allege that ALJ Koldewey's conduct violated the due process clause of the Fifth Amendment, 18 U.S.C. § 1505, 42 U.S.C. § 1983, and the Medicare Modernization Act of 2003.  The Court previously stayed this case pending Plaintiffs' exhaustion of administrative remedies.  By order dated March 8, 2010, the Court affirmed the Secretary's decision in full in a related case, *Dorothy Calabrese, M.D. et al. v. U.S. Department of Health and Human Services et al.*, Case No. 09-00152-CJC.  Subsequently, the Court ordered Plaintiffs to show cause why judgment should not be entered in this matter in favor of Defendants due to insufficient evidence to show that ALJ Koldewey improperly signed ALJ Gould's order or otherwise violated the Constitution or federal law.  Plaintiffs have not provided any evidence or legal authority to establish a violation of the United States Constitution or federal law.  Accordingly, the Court DISMISSES this action WITH PREJUDICE.[2]

DATED:     August 13, 2010

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

---

[2] Plaintiffs' Request for Oral Advocacy is DENIED.