Name: Dorothy Calabrese MD
Address: 2449 South El Camino Real
City, State, Zip: San Clemente, CA
Phone: 949-369-6679
Fax: 949-369-9674
E-Mail: enviromed@msn.com

☐ FPD  ☐ Appointed  ☐ CJA  ☒ Pro Per  ☐ Retained

FILED 2010 AUG 25 AM 11:07 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Paul Messer
Dorothy Calabrese, M.D.
                    PLAINTIFF(S),
         v.
US Department of Health & Human Services
Secretary Kathleen Sebelius, ALJ Ellen M. Koldewey etal
                    DEFENDANT(S).

CASE NUMBER:
SACV08-00633-CJC(RNBx)

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that _____Paul Messer & Dorothy Calabrese MD_____ hereby appeals to
                                        *Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
    Order Dismissing Action

☐ Other (specify):

Imposed or Filed on ___08-13-10___. Entered on the docket in this action on ___08-13-10___.

A copy of said judgment or order is attached hereto.

08-24-10
Date

Signature
☒ Appellant/ProSe    ☐ Counsel for Appellant    ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PAUL MESSER ET AL., | Case No.: SACV08-00633-CJC(RNBx) |
| Plaintiff, | |
| vs. | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL., | ORDER DISMISSING ACTION |
| Defendants. | |

This matter is one of many cases filed by Plaintiff Dr. Dorothy Calabrese and various co-plaintiffs against the Government.[1] All of the actions stem from the Government's refusal to provide Medicare coverage for treatments provided by Dr. Calabrese to her patients. In the instant action, Plaintiffs Dr. Calabrese and Paul Messer

---

[1] Plaintiffs also move for voluntary recusal pursuant to 28 U.S.C. § 455(a). ). "A judge's previous adverse ruling alone is not a sufficient bias." *Mayes v. Leipziger*, 729 F.2d 605, 607 (9th Cir. 1984). Plaintiffs have failed to demonstrate that the Court's impartiality may reasonably be questioned. 28 U.S.C. § 455(a).

claim that the Presiding Administrative Law Judge ("ALJ") for the Center for Medicare Services' Office of Medicare Hearings and Appeals, Ellen Koldewey, improperly signed Administrative Law Judge Richard Gould's order, which was the decision of the Secretary, stating that Dr. Calabrese had been overpaid for services provided to her patients. Plaintiffs allege that ALJ Koldewey's conduct violated the due process clause of the Fifth Amendment, 18 U.S.C. § 1505, 42 U.S.C. § 1983, and the Medicare Modernization Act of 2003. The Court previously stayed this case pending Plaintiffs' exhaustion of administrative remedies. By order dated March 8, 2010, the Court affirmed the Secretary's decision in full in a related case, *Dorothy Calabrese, M.D. et al. v. U.S. Department of Health and Human Services et al.*, Case No. 09-00152-CJC. Subsequently, the Court ordered Plaintiffs to show cause why judgment should not be entered in this matter in favor of Defendants due to insufficient evidence to show that ALJ Koldewey improperly signed ALJ Gould's order or otherwise violated the Constitution or federal law. Plaintiffs have not provided any evidence or legal authority to establish a violation of the United States Constitution or federal law. Accordingly, the Court DISMISSES this action WITH PREJUDICE.[2]

DATED:   August 13, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

---

[2] Plaintiffs' Request for Oral Advocacy is DENIED.