UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 10 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| DOROTHY CALABRESE, M.D. and PAUL MESSER, | No. 10-56353 |
|---|---|
| Plaintiffs - Appellants, | D.C. No. 8:08-cv-00633-CJC-RNB U.S. District Court for Central California, Santa Ana |
| v. | |
| U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; et al., | MANDATE |
| Defendants - Appellees. | |

RECEIVED
CLERK, U.S. DISTRICT COURT

FEB 1 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

The judgment of this Court, entered July 27, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Theresa Benitez
Deputy Clerk

**FILED**

**NOT FOR PUBLICATION**

JUL 27 2011

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

| | |
|---|---|
| PAUL MESSER; DOROTHY CALABRESE, M.D., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; et al.,[*] <br><br> Defendants - Appellees. | No. 10-56353 <br><br> D.C. No. 8:08-cv-00633-CJC-RNB <br><br> MEMORANDUM[**] |

Appeal from the United States District Court
for the Central District of California
Cormac J. Carney, District Judge, Presiding

Submitted July 12, 2011[***]

Before:  SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

Dorothy Calabrese, M.D., and her patient Paul Messer, appeal pro se from

---

[*]  Kathleen Sebelius is substituted for her predecessor, Michael O. Leavitt, as Secretary of the Department of Health and Human Services under Fed. R. App. P. 43(c)(2).

[**]  This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[***]  The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

the district court's order dismissing their action alleging that Managing Administrative Law Judge Koldeway rendered a decision when she was not the judge who held the administrative hearing, in violation of plaintiffs' rights under the U.S. Constitution and federal law. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Uhm v. Humana, Inc.*, 620 F.3d 1134, 1139 (9th Cir. 2010), and we affirm.

The district court properly dismissed the action because plaintiffs' allegations concerning Judge Koldeway's decision failed to state a claim. *See* 5 U.S.C. § 554(d) ("The employee who presides at the reception of evidence . . . shall make the recommended decision or initial decision . . . unless he becomes unavailable to the agency."). Contrary to plaintiffs' contention, the outcome did not turn on credibility determinations.

Plaintiffs' remaining contentions are unpersuasive.

**AFFIRMED.**